**FILED**

JUL 03 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 1:14 CR 00141 AWI BAM

12                  Plaintiff,          ORDER RE: GOVERNMENT'S MOTION TO
                                        SEAL INDICTMENT
13           v.

14 TOUCH PEANG, VERONDA CREASY,
   BRUCE HUNT and JUVENTINO GALINDO,
15 JR.,

16                  Defendants.

17

18     Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Government's

19 Motion to Seal Indictment filed herein is sealed until further order of this Court.

20

21 DATE: July 3, 2014                   _____
                                        Honorable Sheila K. Oberto
22

23

24

25

26

27

28