

FILED

JUL 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:14-CR-00141 AWI/BAM |
| ) | |
| Plaintiff, ) | ORDER TO UNSEAL INDICTMENT |
| ) | |
| v. ) | |
| ) | |
| TOUCH PEANG, ) | |
| VERONDA CREASY, ) | |
| BRUCE HUNT, and ) | |
| JUVENTINO GALINDO, JR., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on July 3, 2014 be unsealed.

DATED: July 10, 2014

_____
STANLEY A. BOONE
U.S. MAGISTRATE JUDGE