KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite120
Fresno, CA  93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798


Attorney for Defendant
TOUCH PEANG


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TOUCH PEANG, et al.,<br><br>        Defendants.. | CASE NO. 1:14-cr-00141 AWI-BAM<br><br>**ORDER TO REMOVE APRIL 9, 2015 MATTER FROM CALENDAR** |

Good cause appearing based on the stipulation between counsel for the defendant and counsel for the government, the hearing scheduled for April 9, 2015 at 1:30 p.m. is taken off calendar.


IT IS SO ORDERED.

Dated:   **April 7, 2015**

_____
UNITED STATES MAGISTRATE JUDGE