1  KATHERINE HART #76715
2  Attorney at Law
   1600 Fulton Street, Suite120
3  Fresno, CA  93721
   Telephone: (559) 256-9800
4  Facsimile:   (559) 256-9798

5  Attorney for Defendant
   TOUCH PEANG
6
                           UNITED STATES DISTRICT COURT
7
                           EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,              CASE NO. 14-cr-00141 AWI-BAM
10
                  Plaintiff,              **ORDER TO SET CHANGE OF PLEA**
11
          v.                              **HEARING FOR AUGUST 3, 2015 at**
12
   TOUCH PEANG, et al.,                   **10:00 a.m. AND TO VACATE STATUS**
13
                  Defendants.             **CONFERENCE HEARING BEFORE**
14
                                          **MAGISTRATE**
15

16

17

18      Based on the stipulation between counsel, it is hereby ordered as follows:

19      That the previously set status conference as to TOUCH PEANG set in the magistrate's

20 court on July 27, 2015, at 1:00 p.m. be vacated as to TOUCH PEANG, and that a change of plea

21 hearing be set on the court's calendar on Monday, August 3, 2015, at 10:00 a.m.

22      Any delay under the Speedy Trial Act in entry of the change of plea has been waived by

23 defendant TOUCH PEANG, and all conditions of pretrial release remain in full force as

24 previously set.

25 / / /

26 / / /

27

28

IT IS SO ORDERED.

Dated: __July 23, 2015__                               __/s/ signature/__
                                                    SENIOR DISTRICT JUDGE