1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9  **UNITED STATES,**

10                    **Plaintiff**

11            **v.**

12  **TOUCH PEANG,**

13                    **Defendant**

**CASE NO. 1:14-CR-0141 AWI-1**

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE**

14
15        On August 3, 2015, Defendant Touch Peang pled guilty violating 21 U.S.C. §§ 841(a)(1)
16  and 846, conspiracy to distribute methamphetamine and marijuana.  <u>See</u> Doc. No. 75.  Peang's
17  plea was pursuant to a plea agreement.  <u>See</u> Doc. No. 69.

18        On October 19, 2016, Peang was sentenced to 144 months in the custody of the bureau of
19  prisons and 60 months of supervised release.  <u>See</u> Doc. No. 98.  On October 26, 2016, judgment
20  and commitment were entered.  <u>See</u> Doc. No. 99.

21        On January 3, 2017, Peang filed an application to proceed *in forma pauperis*.  <u>See</u> Doc.
22  No. 110.  Attached to the very back of the application is a request for a copy of the transcript of
23  the October 19, 2015 sentencing hearing.  <u>See id.</u>  Otherwise, however, the application is only
24  that, an application.  There is no explanation of why or for what purpose Peang wishes to proceed
25  *in forma pauperis*.  In the absence of an explanation, the Court will deny Peang's application, but
26  will do so without prejudice.  Peang may file a renewed application, but he must explain what he
27  is attempting to accomplish while proceeding *in forma pauperis*.[1]

28

---

[1] To the extent that Peang may be taking steps to file a petition under 28 U.S.C. § 2255, there is no filing fee imposed by the Eastern District of California.

1

**<u>ORDER</u>**

2     Accordingly, IT IS HEREBY ORDERED that Defendant's application to proceed *in forma*

3 *pauperis* is DENIED without prejudice, as discussed above.

4

5 IT IS SO ORDERED.

6 Dated:   February 9, 2017

   _____

7     SENIOR  DISTRICT  JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28