Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Petitioner Touch Peang

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:14-cr-141 JLT |
| *Plaintiff,* | **PETITIONER'S STATUS REPORT AND REQUEST FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL PLEADINGS TO MOTION TO VACATE OR MODIFY SENTENCE; ORDER** |
| v. | |
| TOUCH PEANG, | |
| *Defendant.* | |

On March 14, 2022, the court ordered the Federal Defender's Office to file a supplement to defendant Peang's pro se motion to reduce sentence within 60 days or by May 13, 2022.  Counsel was appointed to represent Mr. Peang on April 7, 2022.  Doc. 148.  Since appointment, counsel has diligently sought to obtain Mr. Peang's BOP medical and custody records necessary to supplement the pro se motion, however, signed releases for such records appear to have been lost or delayed by the U.S. Postal Services. A second packet of releases were forwarded to defendant Peang within the last two weeks.  Those releases have not yet been received by counsel.  Given the lack of

1

these necessary records, counsel needs additional time in which to review, research and prepare the appropriate pleadings and to confer with Mr. Peang.   Without this information counsel is unable to prepare a supplement to Mr. Peang's § 3582 motion.

For these reasons Mr. Peang respectfully requests a sixty-day extension of time or until July 12, 2022, in which to review defendant's BOP records and to file a supplemental motion and any additional papers deemed necessary.

Dated:     May 19, 2022

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
TOUCH PEANG

2

# ORDER

It is the Order of this Court that the filing deadline of May 13, 2022, for petitioner to file a supplemental motion and any additional papers deemed necessary shall be continued to **July 12, 2022**.

IT IS SO ORDERED.

Dated: *Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE