1

2

3

4

5

Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Touch Peang

6

7

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

8

9

10

11

12

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-141 JLT |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING |
| v. | ) | THE FILING OF DOCUMENTS |
| | ) | UNDER SEAL |
| TOUCH PEANG, | ) | |
| | ) | (Local Rule 141) |
| Defendant. | ) | |
| _____ | ) | (Doc. 172.) |

13

14

15

16

17

18

19

         The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant TOUCH PEANG.  (Doc. 172.)  The documents captioned Exhibit A and B Medical Records Filed Under Seal, Exhibit C entitled BOP Sentence Monitoring/Classification Filed Under Seal, and Exhibit D, entitled BOP Covid-19 Vaccination Record, Filed Under Seal, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.

20

21

22

        IT IS SO ORDERED.

        Dated:    **October 17, 2022**

_____
UNITED STATES DISTRICT JUDGE

23

24